UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-25037 |
| DANIEL B. GABE, D.P.M., P.C. | ) | Case No. 14-25044 |
| DANIEL B. GABE, | ) | Substantively Consolidated |
| | ) | Hon. Donald R. Cassling |
| Debtor. | ) | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 7, 2014. The undersigned trustee was appointed on July 7, 2014.

2. On August 11, 2015, this Court entered an order granting substantive consolidation of both cases under Case No. 14-20537. Daniel B. Gabe is the sole shareholder in the Corporate Case.

3. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

4. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

5.  The trustee realized the gross receipts of          $   23,182.22

   Funds were disbursed in the following amounts:
   Payments made under an Interim distribution              0.00
   Administrative expenses                              3,529.16
   Bank service fees                                      281.09
   Other payments to creditors                              0.00
   Non-estate funds paid to 3rd Parties                0.00
   Exemptions paid to the debtor                            0.00
   Other payments to the debtor                             0.00
   Leaving a balance on hand of[1]                   $  19,371.97

The remaining funds are available for distribution.

6. Attached as **Exhibit B** is a cash receipt and disbursement record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6283034_1

7. The deadline for filing non-governmental claims in this case was May 20, 2015 and the deadline for filing governmental claims was January 3, 2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

8. The Trustee's proposed distribution is attached as **Exhibit D**.

9. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $3,068.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,175.33, for a total compensation of $1,175.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 4/8/16                    By:/s/ Norman B. Newman
                                    Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-25037  
**Case Name:** DANIEL B. GABE, D.P.M., P.C.

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 07/07/14 (f)  
**§341(a) Meeting Date:** 07/31/14  
**Period Ending:** 04/08/16  
**Claims Bar Date:** 05/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Chase Bank<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts Receivable<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 249.85 | FA |
| 3 | Potential claim against Jonathan Friedland<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | Medical equipment, furniture, fixtures, computer<br>Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 5 | Morgan Stanley Investment Account (u) | Unknown | 0.00 | | 4,425.26 | FA |
| 5 | Assets   Totals (Excluding unknown values) | **$8,700.00** | **$7,500.00** | | **$4,675.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Received funds from investment account. Set claims bar date.

**Initial Projected Date Of Final Report (TFR):**   October 31, 2015      **Current Projected Date Of Final Report (TFR):**   October 31, 2015

Printed: 04/08/2016 11:29 AM    V.13.25

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:**  
**Case Name:** DANIEL B. GABE  
**Period Ending:** 04/08/16

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 07/07/14 (f)  
**§341(a) Meeting Date:** 07/31/14  
**Claims Bar Date:** 05/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Morgan Stanley<br>Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 10,413.00 | FA |
| 3 | Three (3) months security deposit for 10202 S. 8<br>Imported from original petition Doc# 1 | 6,600.00 | 6,500.00 | | 0.00 | FA |
| 4 | Miscellaneous Household Goods/Furnishings<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 7,500.00 | FA |
| 5 | camera, camcorder<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Retirement plan Morgan Stanley Dean Witter<br>Imported from original petition Doc# 1 | 1,112,000.00 | 0.00 | | 0.00 | FA |
| 7 | Daniel B. Gabe DPM, P.C. 100%<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Suburban Surgery Center 2005 - 2009<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in Sunrise Associates Limited Parntersh<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 594.11 | FA |
| 10 | Potential claim vs. Jonathan Friedland<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | Patent on Foot Sock Orthotic<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2002 BMW 1200 RC motorcycle<br>Imported from original petition Doc# 1 | 4,000.00 | 1,600.00 | | 0.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$1,126,500.00** | **$8,100.00** | | **$18,507.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaiting documentation evidencing accounts at Morgan Stanley and other information requested. Extended time to object to discharge.

Printed: 04/08/2016 12:02 PM    V.13.25

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:**
**Case Name:** DANIEL B. GABE

**Period Ending:** 04/08/16

**Trustee:** (330270)  NORMAN NEWMAN
**Filed (f) or Converted (c):** 07/07/14 (f)
**§341(a) Meeting Date:** 07/31/14
**Claims Bar Date:** 05/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** November 30, 2015    **Current Projected Date Of Final Report (TFR):** November 30, 2015

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-25037 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | DANIEL B. GABE, D.P.M., P.C. | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******4966 - Checking Account |
| Taxpayer ID #: | **-***1956 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/08/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/15 | {5} | Morgan Stanley | Money turned over from bank account | 1229-000 | 4,425.26 | | 4,425.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,415.26 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,405.26 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,395.26 |
| 05/06/15 | {2} | OPTUM Bank | Payment on account of Account Receivable | 1121-000 | 249.85 | | 4,645.11 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,635.11 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,625.11 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,615.11 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,605.11 |
| 09/03/15 | | Norman B. Newman, Trustee for Daniel B. Gabe | Account Transfer | 9999-000 | 14,848.03 | | 19,453.14 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.57 | 19,427.57 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.94 | 19,399.63 |
| 02/17/16 | 101 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #14-25037, Bond #10BSBGR6291 | 2300-000 | | 27.66 | 19,371.97 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 19,523.14 | 151.17 | $19,371.97 |
| Less: Bank Transfers | | 14,848.03 | 0.00 | |
| Subtotal | | 4,675.11 | 151.17 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $4,675.11 | $151.17 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******4966 | 4,675.11 | 151.17 | 19,371.97 |
| | $4,675.11 | $151.17 | $19,371.97 |

{} Asset reference(s)                                                                                 Printed: 04/08/2016 11:29 AM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|
| Case Name: DANIEL B. GABE | | Bank Name: | RABOBANK, N.A. |
| | | Account: | ******9666 - Checking Account |
| Taxpayer ID #: **-***2963 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: 04/08/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/14 | {4} | Paul Potach | Payment for Miscellaneous Household goods/furnishings | 1129-000 | 7,500.00 | | 7,500.00 |
| 12/18/14 | 101 | Golan's Moving and Storage, Inc. | Storage charges | 2410-000 | | 3,500.00 | 4,000.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,980.00 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-25044, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 1.47 | 3,978.53 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-25044, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -1.47 | 3,980.00 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-25044, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 1.50 | 3,978.50 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-25044, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -1.50 | 3,980.00 |
| 02/11/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #14-25044, BOND NUMBER 10BSBGR6291 | 2300-000 | | 1.50 | 3,978.50 |
| 02/27/15 | {2} | Morgan Stanley | Funds turned over from bank account | 1129-000 | 6,704.22 | | 10,682.72 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,672.72 |
| 03/03/15 | {2} | Morgan Stanley | Remaining balance in checking account | 1129-000 | 3,708.78 | | 14,381.50 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.21 | 14,361.29 |
| 04/17/15 | {9} | Sunrise Associates Limited Partnership | Interest in LLC | 1129-000 | 4.41 | | 14,365.70 |
| 04/17/15 | {9} | Sunrise Associates Limited Partnership | Interest in LLC | 1129-000 | 4.41 | | 14,370.11 |
| 04/17/15 | {9} | Sunrise Associates Limited Partnership | Interest in LLC | 1129-000 | 4.41 | | 14,374.52 |
| 04/17/15 | {9} | Sunrise Associates Limited Partnership | Excess Proceeds from Refinancing | 1129-000 | 573.53 | | 14,948.05 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.93 | 14,927.12 |
| 05/06/15 | {9} | Sunrise Assoicates Limited Partnership | Interest in LLC | 1129-000 | 7.35 | | 14,934.47 |
| | | | Subtotals : | | $18,507.11 | $3,572.64 | |

{} Asset reference(s)             Printed: 04/08/2016 12:02 PM   V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | | Trustee: | NORMAN NEWMAN (330270) |
| Case Name: DANIEL B. GABE | | Bank Name: | RABOBANK, N.A. |
| | | Account: | ******9666 - Checking Account |
| Taxpayer ID #: **-***2963 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: 04/08/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.76 | 14,913.71 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.88 | 14,890.83 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.13 | 14,868.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.67 | 14,848.03 |
| 09/03/15 | 105 | Norman B. Newman, Trustee for Daniel B. Gabe, D.P.M., P.C. | Account Consolidation pursuant to Order dated 8/11/15 | 9999-000 | | 14,848.03 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 18,507.11 | 18,507.11 | $0.00 |
| Less: Bank Transfers | | 0.00 | 14,848.03 | |
| Subtotal | | 18,507.11 | 3,659.08 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $18,507.11 | $3,659.08 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******9666 | 18,507.11 | 3,659.08 | 0.00 |
| | $18,507.11 | $3,659.08 | $0.00 |

{} Asset reference(s)   Printed: 04/08/2016 12:02 PM   V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 20, 2015

**Case Number:** 14-25037
**Debtor Name:** DANIEL B. GABE, D.P.M., P.C.

Page: 1

**Date:** April 8, 2016
**Time:** 11:29:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NBN 200 | NORMAN B. NEWMAN, TRUSTEE<br>Much Shelist, P.C.<br>191 N. Wacker Drive, #1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $3,068.22 | $0.00 | 3,068.22 |
| MS-E 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $580.90 | $0.00 | 580.90 |
| MS-F 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $27,343.00 | $0.00 | 27,343.00 |
| 1 199 | Steven Rousek c/o The Law Office<br>Lawrence R. Kream, LLC<br>20 N. Clark St., Ste. 2700<br>Chicago, IL 60602 | Unsecured | | $7,500.00 | $0.00 | 7,500.00 |
| 1-2 610 | Steven Rousek c/o The Law Office<br>Lawrence R. Kream, LLC<br>20 N. Clark St., Ste. 2700<br>Chicago, IL 60602 | Unsecured | Claimant will be paid pursuant Claim No. 1. | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 38,492.12 | 0.00 | 38,492.12 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-25037
Case Name: DANIEL B. GABE, D.P.M., P.C.
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 19,371.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 19,371.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 3,068.22 | 0.00 | 1,175.33 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 27,343.00 | 0.00 | 10,474.12 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 580.90 | 0.00 | 222.52 |

Total to be paid for chapter 7 administration expenses: $ 11,871.97
Remaining balance: $ 7,500.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,500.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|                                                    |              |              |
| -------------------------------------------------- | -----------: | -----------: |
| Total to be paid for priority claims:              | $            | 0.00         |
| Remaining balance:                                 | $            | 7,500.00     |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | ---: | ---: | ---: |
| 1 | Steven Rousek c/o The Law Office | 7,500.00 | 0.00 | 7,500.00 |

|                                                         |          |          |
| ------------------------------------------------------- | -------: | -------: |
| Total to be paid for timely general unsecured claims:   | $        | 7,500.00 |
| Remaining balance:                                      | $        | 0.00     |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | ---: | ---: | ---: |
| None | | | | |

|                                                         |          |          |
| ------------------------------------------------------- | -------: | -------: |
| Total to be paid for tardy general unsecured claims:    | $        | 0.00     |
| Remaining balance:                                      | $        | 0.00     |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**