UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 14-25037 |
| DANIEL B. GABE, D.P.M., P.C. | ) | Case No. 14-25044 |
| DANIEL B. GABE, | ) | Substantively Consolidated |
| | ) | Hon. Donald R. Cassling |
| Debtor. | ) | Hearing Date: Tues., 5/10/16 @ 9:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, May 10, 2016** at **9:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Donald Cassling or any other Judge sitting in his stead, in **courtroom 619** of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Final Compensation and Expenses,** a copy of which is hereby served upon you.


By:   /s/ Norman B. Newman
      Norman B. Newman, Chapter 7 Trustee


Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 11, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/ Norman B. Newman
Norman B. Newman

## SERVICE LIST FOR DANIEL B. GABE, D.P.M. AND DANIEL B. GABE

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

David P. Lloyd
David P. Lloyd, Ltd.
615-B S. LaGrange Road
LaGrange, IL 60525

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| DANIEL B. GABE, D.P.M., P.C. | ) | Case No. 14-25037 |
| DANIEL B. GABE, | ) | Case No. 14-25044 |
| | ) | Substantively Consolidated |
| Debtors, | ) | Hon. Donald R. Cassling |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To:   THE HONORABLE DONALD R CASSLING

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $3,068.22 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $23,182.22. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 1818.22 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 3,068.22 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: December 21, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Daniel B. Gabe, D.P.M., P.C.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/06/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011981.0009**

14 - Trustee Matters

## FEES THROUGH NOVEMBER 6, 2015

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 12/18/14 | NBN | Review J. Benson correspondences with P. Potash regarding sale order entered and removal of personal property from Golan's (.20); review entered sale order (.10). | 0.30 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/16/15 | NXS | Open bank account (.20); deposited funds received from Morgan Stanley (.20). | 0.40 |
| 02/20/15 | NBN | Review notice of claim bar date and review creditors notified. | 0.20 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/06/15 | NXS | Deposit funds received from Optum Bank into bank account. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
| 10/09/15 | NXS | Reconcile bank accounts. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Daniel B. Gabe, D.P.M., P.C.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/06/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011981.0009**

14 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| | | **Total Hours** | **3.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Daniel B. Gabe, D.P.M., P.C.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/06/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011981.0009**

14 - Trustee Matters

### TIMEKEEPER SUMMARY THROUGH NOVEMBER 6, 2015

| Timekeeper | Rate | Hours |
|---|---|---|
| Newman, Norman B. | $625.00 | 0.50 |
| Sulak, Nancy A. | $170.00 | 2.70 |
| **Total Hours** | | **3.20** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Daniel B. Gabe
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/06/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011945.0009**

14 - Trustee Matters

**FEES THROUGH NOVEMBER 6, 2015**

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 10/20/14 | NBN | Review schedules regarding bank accounts and retirement plan; review tax returns regarding corporate income. | 0.60 |
| 11/19/14 | NBN | Telephone conference with B. Tivin and Julie from Golan's regarding sale of personal property. | 0.20 |
| 12/16/14 | NBN | Review check from P. Potash regarding equipment purchase open bank account. | 0.20 |
| 12/16/14 | NXS | Open bank account, obtained federal tax id (.20) and deposited funds for sale of medical equipment (.20) | 0.40 |
| 01/12/15 | NXS | Reconcile bank account. | 0.20 |
| 01/22/15 | NBN | Telephone conference with attorney for Sunrise Association regarding documents needed. | 0.20 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/20/15 | NBN | Review notice of claim bar date and review creditors notified. | 0.20 |
| 02/27/15 | NXS | Deposited check into bank account received from Morgan Stanley. | 0.20 |
| 03/02/15 | NBN | Review Discharge and Exemption objection deadlines. | 0.20 |
| 03/03/15 | NXS | Deposit check received Morgan Stanley re: remaining balance of check account. | 0.20 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 04/07/15 | NBN | Correspondences with D. Lloyd regarding timing of additional funds were sent. | 0.40 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.





191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Daniel B. Gabe
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **11/06/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011945.0009**

14 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/06/15 | NBN | Review Sunrise distribution checks. | 0.20 |
| 05/06/15 | NXS | Deposit check received from Sunrise Associates into bank account. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 05/21/15 | NBN | Final review of claim register. | 0.20 |
| 05/27/15 | NBN | Correspondences with attorney for Rousek regarding only claimant. | 0.20 |
| 06/03/15 | NBN | Meet with J. Gansberg regarding motion for substantive consolidation. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| 07/15/15 | NBN | Review motion to transfer and discuss with J. Gansberg (.20); review transfer order (.40). | 0.30 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 10/09/15 | NXS | Reconcile bank accounts. | 0.20 |
| 11/02/15 | NBN | Review sale of miscellaneous equipment and goods for Report of Sale. | 0.20 |
| | | **Total Hours** | **6.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Daniel B. Gabe
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **11/06/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0011945.0009**

14 - Trustee Matters

### TIMEKEEPER SUMMARY THROUGH NOVEMBER 6, 2015

| Timekeeper | Rate | Hours |
| --- | --- | --- |
| Newman, Norman B. | $625.00 | 3.30 |
| Sulak, Nancy A. | $170.00 | 2.70 |
| **Total Hours** | | **6.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.