**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DANIEL B. GABE, D.P.M., P.C.      § Case No. 14-25037
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

 NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $8,700.00                        Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,500.00         Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $12,023.14

 3) Total gross receipts of $ 19,523.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,523.14 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $24,226.34 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 31,143.29 | 31,143.29 | 12,023.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 357,641.10 | 1,000,000.00 | 7,500.00 | 7,500.00 |
| **TOTAL DISBURSEMENTS** | $381,867.44 | $1,031,143.29 | $38,643.29 | $19,523.14 |

4) This case was originally filed under Chapter 7 on July 07, 2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2016          By: /s/NORMAN NEWMAN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account Transfer | 1290-000 | 14,848.03 |
| Accounts Receivable | 1121-000 | 249.85 |
| Morgan Stanley Investment Account | 1229-000 | 4,425.26 |
| **TOTAL GROSS RECEIPTS** | | **$19,523.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 24,226.34 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$24,226.34** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 3,068.22 | 3,068.22 | 1,175.33 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 580.90 | 580.90 | 222.52 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 27,343.00 | 27,343.00 | 10,474.12 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 25.57 | 25.57 | 25.57 |
| Rabobank, N.A. | 2600-000 | N/A | 27.94 | 27.94 | 27.94 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 27.66 | 27.66 | 27.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $31,143.29 | $31,143.29 | $12,023.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Steven Rousek c/o The Law Office | 7100-000 | N/A | 500,000.00 | 7,500.00 | 7,500.00 |
| 1 -2 | Steven Rousek c/o The Law Office | 7100-000 | N/A | 500,000.00 | 0.00 | 0.00 |
| NOTFILED | North Shore Agency-NLP | 7100-000 | 39.96 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 284.55 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ovation Medical Accounts Receivable | 7100-000 | 115.10 | N/A | N/A | 0.00 |
| NOTFILED | Konica Minolta | 7100-000 | 1,510.21 | N/A | N/A | 0.00 |
| NOTFILED | Keyko-Max LP | 7100-000 | 299,667.00 | N/A | N/A | 0.00 |
| NOTFILED | Stericycle | 7100-000 | 220.50 | N/A | N/A | 0.00 |
| NOTFILED | TriZetto One Financial Plaza | 7100-000 | 346.40 | N/A | N/A | 0.00 |
| NOTFILED | Village of Orland Park | 7100-000 | 17.46 | N/A | N/A | 0.00 |
| NOTFILED | JPMorgan Chase Bank NA | 7100-000 | 34.94 | N/A | N/A | 0.00 |
| NOTFILED | Praxair Distribution | 7100-000 | 35.90 | N/A | N/A | 0.00 |
| NOTFILED | Slate from Chase Cardmember Service | 7100-000 | 4,576.58 | N/A | N/A | 0.00 |
| NOTFILED | Gibbons & Kawash, A.C. | 7100-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express/Costco | 7100-000 | 2.37 | N/A | N/A | 0.00 |
| NOTFILED | Bergman Orthotic Laboratory | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| NOTFILED | AFCO Insurance | 7100-000 | 10,997.11 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 24,226.34 | N/A | N/A | 0.00 |
| NOTFILED | Chase Paymentech | 7100-000 | 32.95 | N/A | N/A | 0.00 |
| NOTFILED | Inland Commercial Prop Mgt Inc. | 7100-000 | 305.24 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Comfort | 7100-000 | 29.99 | N/A | N/A | 0.00 |
| NOTFILED | Inland Commercial Prop Mgt Inc. | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 260.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $357,641.10 | $1,000,000.00 | $7,500.00 | $7,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-25037  
**Case Name:** DANIEL B. GABE, D.P.M., P.C.  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 07/07/14 (f)  
**§341(a) Meeting Date:** 07/31/14  

**Period Ending:** 06/27/16  
**Claims Bar Date:** 05/20/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Chase Bank<br>    Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts Receivable<br>    Imported from original petition Doc# 1 | Unknown | 0.00 | | 249.85 | FA |
| 3 | Potential claim against Jonathan Friedland<br>    Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | Medical equipment, furniture, fixtures, computer<br>    Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 5 | Morgan Stanley Investment Account  (u) | Unknown | 0.00 | | 4,425.26 | FA |
| 5 | **Assets    Totals** (Excluding unknown values) | **$8,700.00** | **$7,500.00** | | **$4,675.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

Received funds from investment account.  Set claims bar date.

**Initial Projected Date Of Final Report (TFR):**   October 31, 2015      **Current Projected Date Of Final Report (TFR):**   April 11, 2016  (Actual)

Printed: 06/27/2016 07:51 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-25037  
**Case Name:** DANIEL B. GABE, D.P.M., P.C.  
**Taxpayer ID #:** **-***1956  
**Period Ending:** 06/27/16

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******4966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/13/15 | {5} | Morgan Stanley | Money turned over from bank account | 1229-000 | 4,425.26 | | 4,425.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,415.26 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,405.26 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,395.26 |
| 05/06/15 | {2} | OPTUM Bank | Payment on account of Account Receivable | 1121-000 | 249.85 | | 4,645.11 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,635.11 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,625.11 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,615.11 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,605.11 |
| 09/03/15 | | Norman B. Newman, Trustee for Daniel B. Gabe | Account Transfer | 1290-000 | 14,848.03 | | 19,453.14 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.57 | 19,427.57 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.94 | 19,399.63 |
| 02/17/16 | 101 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #14-25037, Bond #10BSBGR6291 | 2300-000 | | 27.66 | 19,371.97 |
| 05/16/16 | 102 | Steven Rousek c/o The Law Office | Final Distribution Pursuant to Court Order entered on May 10, 2016 | 7100-000 | | 7,500.00 | 11,871.97 |
| 05/16/16 | 103 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 38.30% on $3,068.22, Trustee Compensation; Reference: | 2100-000 | | 1,175.33 | 10,696.64 |
| 05/16/16 | 104 | MUCH SHELIST, P.C. | Dividend paid 38.30% on $580.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 222.52 | 10,474.12 |
| 05/16/16 | 105 | MUCH SHELIST, P.C. | Dividend paid 38.30% on $27,343.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,474.12 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,523.14 | 19,523.14 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 19,523.14 | 19,523.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $19,523.14 | $19,523.14 | |

{} Asset reference(s)

Printed: 06/27/2016 07:51 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-25037 | | Trustee: | NORMAN NEWMAN (330270) |
| Case Name: | DANIEL B. GABE, D.P.M., P.C. | | Bank Name: | RABOBANK, N.A. |
| | | | Account: | ******4966 - Checking Account |
| Taxpayer ID #: | **-***1956 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/27/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | | |
| **Checking # ******4966** | | | | **19,523.14** | **19,523.14** | **0.00** |
| | | | | $19,523.14 | $19,523.14 | $0.00 |

{} Asset reference(s)                                                                 Printed: 06/27/2016 07:51 AM    V.13.28